JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Osvaldo Gonzalez**, | Case: CV 19-7521-GW-GJSx |
| Plaintiff, | JUDGMENT |
| v. | |
| **Samnang Chea**;<br>**Channa Thai Chea**;<br>**Sam's Car Wash, Inc**., a California Corporation; and Does 1-10, | |
| Defendants. | |

Following hearing on Plaintiff's motions for summary judgment and attorney fees, JUDGMENT is entered in favor of Plaintiff Osvaldo Gonzalez, and against Defendants Samnang Chea, Channa Thai Chea, and Sam's Car Wash, Inc., a California Corporation, for violations of the Americans with Disabilities Act ("ADA") and Unruh Civil Rights Act ("Unruh") in the amount of $17,133.76, which amount includes $4,000 in statutory damages under Unruh, and $10,179.00 in fees and $2,954.76 in costs under the ADA and Unruh, as a prevailing party. Additionally, Plaintiff is awarded $33,000.00 in attorney fees against defense counsel John F. Hertz, pursuant to 28 U.S.C. § 1927 and the Court's inherent authority.

Further, Defendants shall make the following changes or modifications, to the extent not already completed, in compliance the 2010 Americans with Disabilities Act Standards for Accessible Design at the business known as "Sam's Car Wash," located at or about 2570 Beverly Blvd., Los Angeles, California:

1. Create and enforce a policy and practice of giving disabled individuals the option to exit or remain inside their vehicles while getting a car wash;
2. Provide an accessible sales counter in compliance with relevant 2010 ADA Standards for Accessible Design;
3. Provide accessible routes into and inside the business in compliance with relevant 2010 ADA Standards for Accessible Design;
4. Keep and maintain these features as accessible at all times.

Dated: November 29, 2022    By: _____
　　　　　　　　　　　　　　　　HON. GEORGE H. WU,
　　　　　　　　　　　　　　　　United States District Judge

*Presented by*:
Christopher A. Seabock, Esq.
(858) 375-7385
ChrisS@PotterHandy.com
Attorney for Plaintiff